# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 3, 2025

Lyle W. Cayce
Clerk

No. 24-20174

Tisha Palms,

*Plaintiff—Appellant*,

*versus*

Texas Children's Hospital, Incorporated,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-3992

PUBLISHED ORDER

Before Dennis, Haynes, and Engelhardt, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the unopposed motion to dismiss the appeal with prejudice is GRANTED. Each party shall bear its own costs and attorney's fees.

IT IS FURTHER ORDERED that the panel opinion issued on August 11, 2025, and reported at 150 F.4th 411 (5th Cir. 2025) is VACATED.

IT IS FURTHER ORDERED that all pending motions and petitions are DENIED AS MOOT.